# EXHIBIT 1 – Decl. of Virginia Valentine

# EXHIBIT 1 – Decl. of Virginia Valentine

# DECLARATION OF VIRGINIA VALENTINE

I, Virginia Valentine, declare the following under penalties of perjury:

1. I am over 18 years of age.

2. I am the Executive Director of the Nevada Resort Association ("NRA").

3. The NRA is a membership organization representing the interests of various gaming and resort properties in Nevada.

4. Part of the core mission of the NRA is to monitor legislation, including ballot measures, that could affect the resort and gaming industry in Nevada.

5. When an initiative petition is proposed that does not comply with Nevada law, the NRA will file a legal action under NRS 295.061 to require compliance if the NRS Executive Committee believes that it is in the best interests of the Association.

6. The NRA is currently engaged in such litigation regarding an initiative petition that proposes to raise the gaming fee on certain properties. That case is currently pending at the Nevada Supreme Court.

7. The NRA and its members will be directly and adversely affected if an initiative petition is permitted to qualify for the ballot, despite the fact that it does not comply with Nevada law because, for example, signatures are turned in late, or it contains fraudulent signatures. The NRA and its members would be harmed because they would have to expend resources in a campaign that, if the law were followed, would never have occurred.

8. The requirement that signatures must be personally gathered has been a part of Nevada law for many years and is designed to defend against fraudulent and error prone signature gathering practices. Ballot measures can fundamentally change the law of the state. Therefore it is an important safeguard to ensure that only valid petitions with the required threshold of voter support are placed on the ballot.

9. The NRA will also be harmed if the deadline to gather signatures is extended because that would, as a practical matter, impair its ability to even challenge the genuineness and validity of the signatures that are submitted for verification. As a practical matter, such a challenge would likely

become moot before a court could resolve it, because election officials are required to prepare and distribute ballots to overseas and military voters at least 40 days before the election.

I declare under penalty of perjury that the above statements are true.

Dated this __11__ day of May 2020.

_____
VIRGINIA VALENTINE