JASON D. WOODBURY (Bar No. 6870)
District Attorney
J. DANIEL YU (Bar No. 10806)
Assistant District Attorney
BENJAMIN R. JOHNSON (Bar No. 10632)
Deputy District Attorney
885 E. Musser Street, Suite 2030
Carson City, NV  89701
(775) 887-2072
jwoodbury@carson.org
jdyu@carson.org
bjohnson@carson.org
Attorneys for Defendant
Aubrey Rowlatt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FAIR MAPS NEVADA, a Nevada political action committee, SONDRA COSGROVE, DOUGLAS GOODMAN and ROBERT MCDONALD,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Clark County Registrar of Voters, DEANNE SPIKULA, in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN, in her official capacity as Elko County Clerk, SADIE SULLIVAN, in her official capacity as Lander County Clerk, LACEY DONALDSON, in her official capacity as Pershing County Clerk-Treasurer, VANESSA STEVENS, in her official capacity as Storey County Clerk-Treasurer, NICHOLE BALDWIN, in her official capacity as White Pine County Clerk, SANDRA MERLINO, in her official capacity as Nye County Clerk, TAMMI RAE SPERO, in her official capacity as Humboldt County Clerk, KATHY LEWIS, in her official capacity as Douglas County Clerk-Treasurer, LINDA ROTHERY, in her official capacity as Churchill County Clerk- Treasurer, LACINDA ELGAN, in her official capacity as Esmeralda County Clerk-Treasurer, LISA C. LLOYD, in her official capacity as Lincoln County | Case No.  3:20-cv-00271-MMD-WGC<br><br>**DEFENDANT ROWLATT'S JOINDER TO NEVADA SECRETARY OF STATE'S MOTION TO DISMISS (ECF NO. 25)** |

1

Clerk, LISA HOEHNA, in her official capacity as Eureka County Clerk, CHRISTOPHER NEPPER, in his official capacity as Mineral County Clerk-Treasurer, NIKKI BRYAN, in her official capacity as Lyon County Clerk-Treasurer, and AUBREY ROWLATT, in her official capacity as Carson City Clerk-Recorder,

                    Defendants.

      Defendant, Aubrey Rowlatt, Carson City Clerk-Recorder, by and through Jason D. Woodbury, Carson City District Attorney, J. Daniel Yu, Assistant District Attorney, and Benjamin R. Johnson, Deputy District Attorney, hereby joins the Nevada Secretary of State's Motion to Dismiss (ECF No. 25). Ms. Rowlatt adopts and incorporates the arguments and exhibits of the Opposition as if fully set forth herein. The Complaint (ECF No. 1) does not allege any causes of action against Defendant Rowlatt and does not seek any relief against her. Plaintiffs' counsel has represented that those local election officials have been named only to ensure that they are bound by the decision in this case. It is not claimed or disputed that the local election officials lack the authority to modify Nevada election law as requested by Plaintiffs. Based on this and the arguments in the Secretary's Motion to Dismiss, Defendant Rowlatt respectfully requests that the Complaint (ECF No. 1) be dismissed.

      DATED this 19th day of May, 2020.

                                    JASON D. WOODBURY
                                  District Attorney

                                By:   /s/ Benjamin R. Johnson
                                       BENJAMIN R. JOHNSON
                                       Deputy District Attorney

                                  *Attorneys for Defendant*
                                  *Aubrey Rowlatt*

# CERTIFICATE OF SERVICE

I certify that electronically filed the foregoing **DEFENDANT ROWLATT'S JOINDER TO NEVADA SECRETARY OF STATE'S MOTION TO DISMISS (ECF NO. 25)** with the Clerk of the Court for the United States District Court by using the court's Cm/ECF system on the 19th day of May 2020. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system as follows:

Adam D. Hosmer-Henner
Lucas Foletta
McDONALD CARANO LLP
Attorneys for Plaintiffs

Greg Zunino
Craig Newby
Office of the Attorney Genera
Attorneys for Defendant Secretary of State

Herbert B. Kaplan
Attorney for Defendant Spikula

Marquis Aurbach Coffing
Craig R. Anderson, Esq.
Brian R. Hardy, Esq.
Attorneys for Defendants
Jakeman, Sullivan, Donaldson, Stevens, Baldwin, Merlino, Spero, Lewis, Rothery, Elgan, Lloyd, Hoehne, Nepper, and Bryan
(collectively the "Rural County Defendants").

Kevin Benson
Attorney for Intervenors

Mary-Anne Miller
Attorney for Defendant Gloria

/s/ Benjamin R. Johnson
An employee of the
Carson City District Attorney's Office