Adam D. Hosmer-Henner, Esq. (NSBN 12779)
Lucas Foletta, Esq. (NSBN 12154)
McDONALD CARANO LLP
100 W. Liberty, 10th Floor
Reno, NV 89501
Tel: 775 788 2000
ahosmerhenner@mcdonaldcarano.com
lfoletta@mcdoanldcarano.com

*Attorneys for Plaintiffs*
*Fair Maps Nevada PAC, Sondra Cosgrove,
Douglas Goodman, and Robert MacDonald*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FAIR MAPS NEVADA, a Nevada political action committee, SONDRA COSGROVE, DOUGLAS GOODMAN, and ROBERT MACDONALD, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Clark County Registrar of Voters, DEANNE SPIKULA, in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN, in her official capacity as Elko County Clerk, SADIE SULLIVAN, in her official capacity as Lander County Clerk, LACEY DONALDSON, in her official capacity as Pershing County Clerk-Treasurer, VANESSA STEVENS, in her official capacity as Storey County Clerk-Treasurer, NICHOLE BALDWIN, in her official capacity as White Pine County Clerk, SANDRA MERLINO, in her official capacity as Nye County Clerk, TAMMI RAE SPERO, in her official capacity as Humboldt County Clerk, KATHY LEWIS, in her official capacity as Douglas County Clerk-Treasurer, LINDA ROTHERY, in her official capacity as Churchill County Clerk-Treasurer, LACINDA ELGAN, in her official capacity as Esmeralda County Clerk-Treasurer, LISA C. LLOYD, in her official capacity as Lincoln County Clerk, LISA HOEHNE, in her official capacity as Eureka County Clerk, CHRISTOPHER NEPPER, in his official | Case No.: 3:20-cv-00271-MMD-WGC <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

capacity as Mineral County Clerk-Treasurer, NIKKI BRYAN, in her official capacity as Lyon County Clerk-Treasurer, and AUBREY ROWLATT, in her official capacity as Carson City Clerk-Recorder,

   Defendants.

  Plaintiffs Fair Maps Nevada, Sondra Cosgrove, Douglas Goodman and Robert MacDonald, by and through their undersigned counsel, submit this Motion for Leave to File Supplemental Authority ("Motion") pursuant to Local Rule 7-2(g) in connection with their Motion for Preliminary Injunction (ECF 2) and Reply to Oppositions to Motion for Preliminary Injunction (ECF 35). The proposed supplemental authority is the Sixth Circuit's decision in *Thompson v. Dewine*, Case No. 20-3526 (6th Cir. May 26, 2020) attached here as Ex. A.

  As the Court is aware, the Court previously granted Plaintiffs' Motion for Leave to File Supplemental Authority regarding the decision of the District Court for the Southern District of Ohio in *Thompson v. Dewine*, Case No. 2:20-CV-2129-EAS-CMV (S.D. Ohio May 19, 2020). Plaintiffs file this Motion to ensure that the Court is apprised of the latest developments in that action in this fast-moving situation given that Plaintiffs previously submitted the District Court's decision.

DATED: May 27, 2020    Respectfully submitted:

By */s/ Adam Hosmer-Henner*
  Adam D. Hosmer-Henner, Esq. (NSBN 12779)
  Lucas Foletta, Esq. (NSBN 12154)
  McDONALD CARANO LLP
  100 W. Liberty, 10th Floor
  Reno, NV 89501
  Tel: 775-788-2000
  ahosmerhenner@mcdonaldcarano.com
  lfoletta@mcdoanldcarano.com

  *Counsel for Plaintiffs*

## INDEX OF EXHIBITS

| EXHIBIT # | DESCRIPTION | NUMBER OF PAGES |
|---|---|---|
| A | Thompson v. Dewine, Order | 12 |

4845-6720-3261, v. 2