STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By:  **MARY-ANNE MILLER**
County Counsel
State Bar No. 001419
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Mary-Anne.Miller@ClarkCountyDA.com
*Attorneys for Defendant Joseph P. Gloria*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FAIR MAPS NEVADA, a Nevada political action committee, SONDRA COSGROVE, DOUGLAS GOODMAN, and ROBERT MACDONALD, <br><br> Plaintiffs, <br><br> vs. <br><br> BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Clark County Registrar of Voters, DEANNE SPIKULA, in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN, in her official capacity as Elko County Clerk, SADIE SULLIVAN, in her official capacity as Lander County Clerk, LACEY DONALDSON, in her official capacity as Pershing County Clerk Treasurer, VANESSA STEVENS, in her official capacity as Storey County Clerk Treasurer, NICHOLE BALDWIN, in her official capacity as White Pine County Clerk, SANDRA MERLINO, in her official capacity as Nye County Clerk, TAMMI RAW SPERO, in her official capacity as Humboldt County Clerk, KATHY LEWIS, in her official capacity as Douglas County Clerk-Treasurer, LINDA ROTHERY, in her official capacity as Churchill Counter Clerk-Treasurer, LACINDA ELGAN, in her official capacity as Esmeralda County Clerk-Treasurer, LISA C. LLOYD, in her official capacity as Lincoln County Clerk, LISA HOEHNA, in her official capacity as Eureka County Clerk, CHRISTOPHER | Case No: 3:20-cv-00271-MMD-WGC <br><br> **DEFENDANT JOSEPH P. GLORIA'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF #1)** |

NEPPER, in his official capacity as Mineral )
County Clerk-Treasurer, NIKKI BRYAN,    )
in her official capacity as Lyon County       )
Clerk Treasurer, and AUBRY ROWLATT,  )
in her official capacity as Carson City        )
Clerk-Recorder                                           )
                                                                 )
_____Defendants._____))

## DEFENDANT JOSEPH P. GLORIA'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF #1)

COMES NOW, Defendant, JOSEPH P. GLORIA, through his attorney STEVEN B. WOLFSON, District Attorney, by MARY-ANNE MILLER, County Counsel, and in answer to Plaintiff's Complaint for Declaratory and Injunctive Relief on file herein, admits, denies and alleges as follows:

Nature of the Action

1.      This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 1, 2, and 3 of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

Parties

2.      This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 4, 5, 6, and 7 of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

3.      This Defendant admits the allegations contained in Paragraphs 8, 9, 10, 11, 12, 13, 14, 15 16, 17, 18, 19, 20, 21, 22, 23, and 24 of this section of Plaintiffs' Complaint.

Jurisdiction and Venue

4.      This Defendant denies the allegations contained in Paragraphs 25, 26, and 27 of this section of Plaintiffs' Complaint.

5.      This Defendant admits that the defendants named in Paragraph 28 are county officials who work in their respective counties, but this Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the remaining

allegations contained in Paragraph 28 of this section of Plaintiffs' Complaint and on that basis, denies each and every such allegation.

6.     This Defendant denies the allegations contained in Paragraph 29 of this section of Plaintiffs' Complaint.

Factual Background – The Initiative

7.     This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 30, 31, and 32 of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

8.     This Defendant admits the allegations contained in Paragraphs 33, 34, and 35 of this section of Plaintiffs' Complaint.

Factual Background – The Pandemic

9.     This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56 of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

Factual Background – Signature Gathering During the Pandemic

10.     This Defendant denies the allegations contained in Paragraphs 57, 58, 59, 60, 61, 62, 63 and 64 of this section of Plaintiffs' Complaint.

Factual Background – Nevada and other states have taken action to protect political speech in light of Covid 19

11.     This Defendant admits the allegations contained in Paragraph 66 of this section of Plaintiffs' Complaint.

12.     This Defendant denies the allegations contained in Paragraph 67 of this section of Plaintiffs' Complaint.

13.     This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 68, 69, 70, 71, and 72 . . .

of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

Financial Background – Nevada Secretary of State and the Initiative

14.    This Defendant is without sufficient information and knowledge upon which to form a belief as to the truth of the allegations contained in Paragraphs 73 and 74 of this section of Plaintiffs' Complaint and on that basis, denies each and every allegation contained therein.

15.    This Defendant notes that Paragraph 75 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

Causes of Action:

Claim 1

16.    This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiffs' Complaint in answer to Paragraph 76 of this section of Plaintiffs' Complaint.

17.    This Defendant notes that Paragraph 77 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

18.    This Defendant denies the allegations contained in Paragraphs 78, 79, 80, 81, 82, and 83 of this section of Plaintiffs' Complaint.

Claim 2:

19.    This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 84 of this section of Plaintiffs' Complaint.

20.    This Defendant notes that Paragraphs 85 and 86 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

21.    This Defendant denies the allegations contained in Paragraphs 87, 88, 89, 90, 91, and 92 of this section of Plaintiffs' Complaint.

. . .

. . .

Claim 3:

22.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 93 of this section of Plaintiffs' Complaint.

23.     This Defendant notes that Paragraph 94 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

24.     This Defendant denies the allegations contained Paragraphs 95, 96, 97, 98, 99, and 100 of this section of Plaintiffs' Complaint.

Claim 4:

25.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 101 of this section of Plaintiffs' Complaint.

26.     This Defendant notes that Paragraph 102 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

27.     This Defendant denies the allegations contained in Paragraphs 103, 104, 105, 106, 107, and 108 of this section of Plaintiffs' Complaint.

Claim 5:

28.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 109 of this section of Plaintiffs' Complaint.

29.     This Defendant notes that Paragraph 110 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

30.     This Defendant denies the allegations contained in Paragraphs 111, 112, 113, 114, 115, and 116 of this section of Plaintiffs' Complaint.

Claim 6:

31.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 117 of this section of Plaintiffs' Complaint.

32.     This Defendant notes that Paragraph 118 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

33.     This Defendant denies the allegations contained in Paragraphs 119, 120, 121, 122, 123, and 124 of this section of Plaintiffs' Complaint.

Claim 7:

34.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 125 of this section of Plaintiffs' Complaint.

35.     This Defendant notes that Paragraph 126 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

36.     This Defendant denies the allegations contained in Paragraphs 127, 128, 129, 130, 131, and 132 of this section of Plaintiffs' Complaint.

Claim 8

37.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 133 of this section of Plaintiffs' Complaint.

38.     This Defendant notes that Paragraphs 134 and 135 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

39.     This Defendant denies the allegations contained in Paragraphs 136, 137, 138, 139, and 140 of this section of Plaintiffs' Complaint.

Claim 9:

40.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 141 of this section of Plaintiffs' Complaint.

41.     This Defendant notes that Paragraph 142 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

42.     This Defendant denies the allegations contained in Paragraphs 143, 144, 145, 146 and 147 of this section of Plaintiffs' Complaint.

Claim 10:

43.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 148 of this section of Plaintiffs' Complaint.

44.     This Defendant notes that Paragraph 149 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

45.     This Defendant denies the allegations contained in 150, 151, 152, 153, and 154 of this section of Plaintiffs' Complaint.

Claim 11:

46.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 155 of this section of Plaintiffs' Complaint.

47.     This Defendant notes that Paragraph 156 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

48.     This Defendant denies the allegations contained Paragraphs 157, 158, 159, 160, and 161 of this section of Plaintiffs' Complaint.

Claim 12:

50.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 162 of this section of Plaintiffs' Complaint.

51.     This Defendant notes that Paragraph 163 of this section of Plaintiffs' Complaint contains legal arguments that do not require a response.

52.     This Defendant denies the allegations contained Paragraphs 164, 165, 166, 167, and 168 of this section of Plaintiffs' Complaint.

Claim 13:

53.     This Defendant realleges and incorporates by reference his responses to all prior paragraphs of Plaintiff's Complaint in answer to Paragraph 169 of this section of Plaintiffs' Complaint.

54.     This Defendant admits the allegations contained in Paragraph 170 of this section of Plaintiffs' Complaint.

55.     This Defendant denies the allegations contained Paragraphs 171, 172, 173, and 174 of this section of Plaintiffs' Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a valid claim for relief against this Defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs failed to take timely action to assert the claims in this Complaint, and relief should be barred on grounds of equity.

## THIRD AFFIRMATIVE DEFENSE

The damages claimed in this Complaint are not caused by this Defendant, and relief should not be ordered against him for the actions of others.

## FOURTH AFFIRMATIVE DEFENSE

This Defendant is entitled to qualified immunity for the claims asserted in the Complaint.

Wherefore, this Defendant prays for judgment in his favor as follows:

1.     The Plaintiffs be awarded nothing by virtue of the Complaint in this matter;

2.     The Defendant be awarded his costs and fees incurred in the defense of this matter; and

3.     For such other and further relief as to this Court seems just and proper.

DATED this 1st day of June, 2020.

STEVEN B. WOLFSON
DISTRICT ATTORNEY


By: _/s/Mary-Anne Miller_____
     MARY-ANNE MILLER
     County Counsel
     State Bar No. 001419
     500 South Grand Central Pkwy., Suite 5075
     Las Vegas, Nevada 89155-2215
     *Attorneys for Defendant Joseph P. Gloria*

. . .

1

## CERTIFICATE OF ELECTRONIC SERVICE

2      I certify that I am an employee of the Office of the Clark County District Attorney

3 and that on this 1st day of May, 2020, I served a true and correct copy of the foregoing

4 **Defendant Joseph P. Gloria's Answer to Plaintiffs' Complaint for Declaratory and**

5 **Injunctive Relief (ECF #1)** through CM/ECF Electronic Filing system of the United States

6 District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage

7 pre-paid), upon the following:

8
Adam Hosmer-Henner, Esq.
MCDONALD CARANO LLP
9 100 W. Liberty St., 10th Floor
Reno, Nevada 89501
10 *Attorney for Plaintiff Fair Maps Nevada,*
*Sondra Cosgrove, Douglas Goodman and*
11 *Robert MacDonald*
ahosmerhenner@mcdonaldcarano.com
12 Gregory Louis Zunino, Deputy AG
Craig A. Newby, Deputy AG
13 NEVADA AG'S OFFICE
100 North Carson St.,
14 Carson City, Nevada 89701
*Attorneys for Defendant Barbara Cegavske*
15 GZunino@ag.nv.gov
cnewby@ag.nv.gov

Lucas Marshall Foletta, Esq.
McDONALD CARANO WILSON
100 W. Liberty St., 10th Floor
Reno, Nevada 89501
*Attorney for Plaintiff Fair Maps Nevada,*
*Sondra Cosgrove, Douglas Goodman and*
*Robert MacDonald*
lfoletta@mcdonaldcarano.com
Herbert B. Kaplan, Esq.
One South Sierra Street
Reno, Nevada 89501
*Attorney for Defendant Deanne Spikula*
hkaplan@da.washoecounty.us

16

17
Craig R. Anderson, Esq.
Brian J. Hardy, Esq.
18 MARQUIS & AURBACH
10001 Park Run Drive
19 Las Vegas, Nevada 89145
*Attorneys for Defendants Kristina Jakeman,*
20 *Sadie Sullivan, Lacey Donaldson, Vanessa*
*Stevens, Nichole Baldwin, Sandra Merlino,*
21 *Tammi Rae Spero, Kathy Lewis, Linda*
*Rothery, Lacinda Elgan, Lisa Lloyd, Lisa*
22 *Hoehna, Christopher Nepper and Nikki A.*
*Bryan*
23 canderson@marquisaurbach.com
bhardy@maclaw.com

Jason D. Woodbury, District Attorney
CARSON CITY DISTRICT
ATTORNEY'S OFFICE
885 E. Musser St., Suite 2030
Carson City, Nevada 89701
*Attorney for Aubrey Rowlatt*
JWoodbury@carson.org

24
K.Kevin Benson, Esq.
25 BENSON LAW NEVADA
123 W. Nye Lane, Suite 487
26 Carson City, Nevada 89706
*Attorney for Defendant Nevada Resort*
*Association PAC and Rev. Leonard Jackson*
27 Kevin@bensonlawnv.com

_/s/ Afeni Banks_____
An Employee of the Clark County
28 District Attorney's Office – Civil Division