1  Adam D. Hosmer-Henner, Esq. (NSBN 12779)
   Lucas Foletta, Esq. (NSBN 12154)
2  McDONALD CARANO LLP
   100 W. Liberty, 10th Floor
3  Reno, NV 89501
   Tel: 775 788 2000
4  ahosmerhenner@mcdonaldcarano.com
   lfoletta@mcdoanldcarano.com
5
   *Attorneys for Plaintiffs*
6  *Fair Maps Nevada PAC, Sondra Cosgrove,*
   *Douglas Goodman, and Robert MacDonald*
7

8                **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  FAIR MAPS NEVADA, a Nevada political action committee, SONDRA COSGROVE, DOUGLAS GOODMAN, and ROBERT MACDONALD, | Case No.: 3:20-cv-00271-MMD-WGC |
| 13             Plaintiffs, | **JOINT MOTION TO APPROVE CONSENT DECREE** |
| 14       v. | |
| 15  BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Clark County Registrar of Voters, DEANNE SPIKULA, in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN, in her official capacity as Elko County Clerk, SADIE SULLIVAN, in her official capacity as Lander County Clerk, LACEY DONALDSON, in her official capacity as Pershing County Clerk-Treasurer, VANESSA STEVENS, in her official capacity as Storey County Clerk-Treasurer, NICHOLE BALDWIN, in her official capacity as White Pine County Clerk, SANDRA MERLINO, in her official capacity as Nye County Clerk, TAMMI RAE SPERO, in her official capacity as Humboldt County Clerk, KATHY LEWIS, in her official capacity as Douglas County Clerk-Treasurer, LINDA ROTHERY, in her official capacity as Churchill County Clerk-Treasurer, LACINDA ELGAN, in her official capacity as Esmeralda County Clerk-Treasurer, LISA C. LLOYD, in her official capacity as Lincoln County Clerk, LISA HOEHNE, in her official capacity as Eureka County Clerk, CHRISTOPHER NEPPER, in his official | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | capacity as Mineral County Clerk-Treasurer, NIKKI BRYAN, in her official capacity as Lyon County Clerk-Treasurer, and AUBREY ROWLATT, in her official capacity as Carson City Clerk-Recorder,<br><br>        Defendants. |

Plaintiffs Fair Maps Nevada, Sondra Cosgrove, Douglas Goodman and Robert MacDonald, by and through their undersigned counsel, and Defendants Secretary of State Barbara Cegavske, Clark County Registrar of Voters Joseph P. Gloria, Washoe County Registrar of Voters Deanna Spikula, Elko County Clerk Kristina Jakeman, Lander County Clerk Sadie Sullivan, Pershing County Clerk-Treasurer Lacey Donaldson, Storey County Clerk Vanessa Stevens, White Pine County Clerk Nichole Baldwin, Nye County Clerk Sandra Merlino, Humboldt County Clerk Tammie Rae Spero, Douglas County Clerk-Treasurer Kathy Lewis, Churchill County Clerk-Treasurer Linda Rothery, Esmeralda County Clerk-Treasurer Lacinda Elgan, Lincoln County Clerk Lisa C. Lloyd, Eureka County Clerk Lisa Hoehne, Mineral County Clerk-Treasurer Christopher Nepper, Lyon County Clerk-Treasurer Nikki Bryan and Carson City Clerk-Recorder Aubrey Rowlatt ("Defendants") submit this Joint Motion to Approve Consent Decree ("Motion"). Intervenors Rev. Leonard Jackson and Nevada Resort Association PAC ("Intervenors") have not joined this Motion.

On May 20, 2020, the Court granted in part and denied in part Plaintiffs' Motion for Preliminary Injunction (ECF 2), concluding that NRS 295.056(3) is unconstitutional as applied to Plaintiffs. (ECF 44, Order at 32-33.) In the Order, the Court indicated that the "parties can work out a reasonable accommodation" to ensure Plaintiffs' constitutional rights are preserved. (*Id*. at 28, n. 20.) Following issuance of the Order, Plaintiffs and Defendants conferred and reached agreement on such an accommodation. The terms of the accommodation are reflected in the attached Consent Decree (Exhibit A).

Plaintiffs and Defendants jointly request that the Court approve the attached Consent Decree. The terms of the Consent Decree are in the best interests of justice in light of the constitutional issues at stake in the instant litigation. Expeditious entry of this Consent Decree

2

avoids continued litigation and concomitant uncertainty around the November election. Accordingly, Plaintiffs and Defendants ask this Court to grant the Motion and approve the Consent Decree.

Dated: June 9, 2020

| FOR DEFENDANTS: | FOR PLAINTIFFS: |
|---|---|
| NEVADA STATE ATTORNEY GENERAL'S OFFICE | MCDONALD CARANO LLP |
| By: */s/ Gregory Zunino*<br>Gregory Zunino, Esq.<br>Craig Newby, Esq.<br>Benjamin Johnson, Esq.<br>100 N. Carson Street<br>Carson City, NV 90701<br>gzunio@ag.nv.gov<br>cnewby@ag.nv.gov<br>bjohnson@ag.nv.gov | By: */s/ Adam Hosmer-Henner*<br>Adam D. Hosmer-Henner, Esq.<br>Lucas Foletta, Esq.<br>100 W. Liberty, 10th Floor<br>Reno, NV 89501<br>Tel: 775 788 2000<br>ahosmerhenner@mcdonaldcarano.com<br>lfoletta@mcdoanldcarano.com |
| *Counsel for Barbara Cegavske* | *Counsel for Plaintiffs* |

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By:*/s/ Mary Anne M. Miller*
 Mary-Anne M. Miller
 500 S. Grand Central Parkway, 5th Floor
 P.O. Box 552215
 Las Vegas, NV 89155-2215
 Mary-Anne.Miller@ClarkCountyDA.com

*Counsel for Joseph P. Gloria*

WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

By:    */s/ Herbert B. Kaplan*
 Herbert B. Kaplan, Esq.
 Wade Carner, Esq.
 One South Sierra Street
 Reno, NV 89501
 hkaplan@da.washoecounty.us
 wcarner@da.washoecounty.us

*Counsel for Deanne Spikula*

3

1  MARQUIS & AURBACH

2  By: */s/ Brian Hardy*
    Craig R. Anderson, Esq.
3      Brian Hardy
    10001 Park Run Drive
4      Las Vegas, NV 89145
    canderson@marquisaurbach.com
5      bhardy@maclaw.com

6  *Counsel for Kristina Jakeman, Sadie Sullivan, Vanessa Stevenson, Nichole Baldwin, Sandra Merlino, Tammy Rae Spero, Kathy Rothery, Kathy Lewis, Lacinda Elgan, Lisa Llyod, Lisa Hoehne, Christopher Nepper, Nikki Bryan, and Lacey Donaldson*

9
10  CARSON CITY DISTRICT ATTORNEY'S OFFICE

11  By:   */s/ Jason D. Woodbury*
    Jason D. Woodbury
12      Carson City District Attorney's Office
    885 E. Musser St Suite 2030
13      Carson City, NV 89701
    JWoodbury@carson.org

14  *Counsel for Aubrey Rowlatt*

4

**INDEX OF EXHIBITS**

| EXHIBIT # | DESCRIPTION | NUMBER OF PAGES |
|---|---|---|
| A | Consent Decree | 6 |