Adam D. Hosmer-Henner, Esq. (NSBN 12779)
Lucas Foletta, Esq. (NSBN 12154)
McDONALD CARANO LLP
100 W. Liberty, 10th Floor
Reno, NV 89501
Tel: 775 788 2000
ahosmerhenner@mcdonaldcarano.com
lfoletta@mcdona ldcarano.com

*Attorneys for Plaintiffs*
*Fair Maps Nevada PAC, Sondra Cosgrove,*
*Douglas Goodman, and Robert MacDonald*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FAIR MAPS NEVADA, a Nevada political action committee, SONDRA COSGROVE, DOUGLAS GOODMAN, and ROBERT MACDONALD, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State, JOSEPH P. GLORIA, in his official capacity as Clark County Registrar of Voters, DEANNE SPIKULA, in her official capacity as Washoe County Registrar of Voters, KRISTINA JAKEMAN, in her official capacity as Elko County Clerk, SADIE SULLIVAN, in her official capacity as Lander County Clerk, LACEY DONALDSON, in her official capacity as Pershing County Clerk-Treasurer, VANESSA STEVENS, in her official capacity as Storey County Clerk-Treasurer, NICHOLE BALDWIN, in her official capacity as White Pine County Clerk, SANDRA MERLINO, in her official capacity as Nye County Clerk, TAMMI RAE SPERO, in her official capacity as Humboldt County Clerk, KATHY LEWIS, in her official capacity as Douglas County Clerk-Treasurer, LINDA ROTHERY, in her official capacity as Churchill County Clerk-Treasurer, LACINDA ELGAN, in her official capacity as Esmeralda County Clerk-Treasurer, LISA C. LLOYD, in her official capacity as Lincoln County Clerk, LISA HOEHNE, in her official capacity as Eureka County Clerk, CHRISTOPHER NEPPER, in his official | Case No.: 3:20-cv-00271-MMD-WGC <br><br> **CONSENT DECREE** |

capacity as Mineral County Clerk-Treasurer, NIKKI BRYAN, in her official capacity as Lyon County Clerk-Treasurer, and AUBREY ROWLATT, in her official capacity as Carson City Clerk-Recorder,

Defendants.

## CONSENT DECREE

*Whereas*, this action was initiated by Plaintiffs Fair Maps Nevada, a Nevada political action committee, Sondra Cosgrove, Douglas Goodman, and Robert Macdonald on May 6, 2020;

*Whereas*, Plaintiffs sued to enjoin Defendants Nevada's Secretary of State, Barbara Cegavske, and the election officials of each of Nevada's seventeen counties, from, among other things, applying NRS 295.056(3) to require the submission of Nevada Initiative Petition C-02-2019 (the "Initiative") for verification no later than June 24, 2020, (ECF 1, Complaint at Prayer for Relief, Paragraph C);

*Whereas*, Plaintiffs contended that to do so would result in an impermissible burden on their rights under the First and Fourteenth Amendments, (*id*. at Paragraphs 76 through 83);

*Whereas*, on May 20, 2020, the Court granted in part and denied in part Plaintiffs' Motion for Preliminary Injunction (ECF 2), concluding that "NRS § 295.056(3) is unconstitutional as applied to Plaintiffs under the unique factual circumstances of this case." (ECF 44, Order at 32-33);

*Whereas*, Article 19, Sec. 2(4) of the Nevada Constitution provides that an initiative petition to amend the Nevada Constitution such as the Initiative must be filed not less than 90 days before any general election where the petition might be presented to the voters, and in 2020 the 90-day deadline falls on August 5, 2020; and

*Whereas*, pursuant to the Court's instruction to Plaintiffs and Defendants to work together to identify a reasonable accommodation to preserve Plaintiffs' constitutional rights, Plaintiffs and Defendants have since agreed that an expeditious resolution of this matter, pursuant to the terms of this Consent Decree, is in the public interest;

*Now therefore,* Plaintiffs and Defendants hereby agree, and the Court orders, as follows:

2

1. Defendants, their officers, agents, and employees are enjoined from disqualifying the Initiative for inclusion on the November 2020 ballot for Plaintiffs' failure to submit the Initiative for verification no later than June 24, 2020.

2. Notwithstanding the June 24, 2020 verification submission deadline established in the law, the Initiative may be submitted up to 9:30 a.m. on Monday, August 3, 2020.

3. Any deadlines or governmental actions that flow from NRS 295.056(3) or related statutes, regulations or rules shall flow from Monday, August 3, 2020 instead of June 24, 2020.

4. Defendants agree that under this consent decree they will have adequate time to perform all of their legal duties with respect to the Initiative, including the verification of signatures and the printing of ballots, regardless of whether the November 2020 general election is held as a traditional election or held as a primarily all-mail election as was the June 2020 primary election.

5. If the Initiative is submitted in accordance with applicable Nevada law, subject to the terms of this consent decree, no later than 9:30 a.m. on Monday, August 3, 2020, Defendants shall undertake the signature verification process as required by law. If the Initiative is verified and therefore deemed sufficient for inclusion on the November 2020 ballot and the Initiative satisfies all other requirements of Nevada law for inclusion on the November 2020 ballot, it shall be so included on the ballot.

6. Effective as of the date of the Court's order below, Plaintiffs' Complaint (ECF 1) shall be dismissed without prejudice, with each party to bear its own costs and fees.

//
//
//
//
//
//
//
//
//

3

| | |
|---|---|
| FOR DEFENDANTS: | FOR PLAINTIFFS: |
| NEVADA STATE ATTORNEY GENERAL'S OFFICE | MCDONALD CARANO LLP |
| By: */s/ Gregory Zunino*<br>    Gregory Zunino, Esq.<br>    Craig Newby, Esq.<br>    Benjamin Johnson, Esq.<br>    100 N. Carson Street<br>    Carson City, NV 90701<br>    gzunino@ag.nv.gov<br>    cnewby@ag.nv.gov<br>    bjohnson@ag.nv.gov | By: */s/ Adam Hosmer-Henner*<br>    Adam D. Hosmer-Henner, Esq.<br>    Lucas Foletta, Esq.<br>    100 W. Liberty, 10th Floor<br>    Reno, NV 89501<br>    Tel: 775 788 2000<br>    ahosmerhenner@mcdonaldcarano.com<br>    lfoletta@mcdoanldcarano.com |
| *Counsel for Barbara Cegavske* | *Counsel for Plaintiffs* |

CLARK COUNTY DISTRICT ATTORNEY'S OFFICE

By:*/s/ Mary Anne M. Miller*
    Mary-Anne M. Miller
    500 S. Grand Central Parkway, 5th Floor
    P.O. Box 552215
    Las Vegas, NV 89155-2215
    Mary-Anne.Miller@ClarkCountyDA.com

*Counsel for Joseph P. Gloria*

WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

By:    */s/ Herbert B. Kaplan*
    Herbert B. Kaplan, Esq.
    Wade Carner, Esq.
    One South Sierra Street
    Reno, NV 89501
    hkaplan@da.washoecounty.us
    wcarner@da.washoecounty.us

*Counsel for Deanne Spikula*

//

//

//

//

//

//

4

MARQUIS & AURBACH

By: */s/ Brian Hardy*
Craig R. Anderson, Esq.
Brian Hardy
10001 Park Run Drive
Las Vegas, NV 89145
canderson@marquisaurbach.com
bhardy@maclaw.com

*Counsel for Kristina Jakeman, Sadie Sullivan, Vanessa Stevenson, Nichole Baldwin, Sandra Merlino, Tammy Rae Spero, Kathy Rothery, Kathy Lewis, Lacinda Elgan, Lisa Llyod, Lisa Hoehne, Christopher Nepper, Nikki Bryan, and Lacey Donaldson*

CARSON CITY DISTRICT ATTORNEY'S OFFICE

By:   */s/ Jason D. Woodbury*
Jason D. Woodbury
Carson City District Attorney's Office
885 E. Musser St Suite 2030
Carson City, NV 89701
JWoodbury@carson.org

*Counsel for Aubrey Rowlatt*

**SO ORDERED, ADJUDGED, AND DECREED**

Signed this  9th  day of   June      , 2020

_____
Miranda Du, Chief Judge United States District Court for the District of Nevada

Case No.: 3:20-cv-00271-MMD-WGC
CONSENT DECREE

5